429 P.2d 657

**Lemuel Joe HALES, Petitioner,**

**v.**

**Frank VAN CLEAVE, Employer, and Mountain States Mutual Casualty Company, Insurer, Defendants.**

**No. 8476.**

Supreme Court of New Mexico.

July 19, 1967.

CHAVEZ, Chief Justice, and MOISE, COMPTON and CARMODY, Justices, concurring; NOBLE, Justice, being absent and not participating.

Ordered that petition for writ of certiorari be and the same is hereby denied as not timely filed.

Further ordered that the record in Court of Appeals Cause No. 34, 78 N.M. 181, 429 P.2d 379, be and the same is hereby returned to the Clerk of the Court of Appeals.

429 P.2d 657

**Manuel HUERTA, Tommy Salas, Larry Rascon, Jake Salas, Roberto Aguilar, Jr., Abel Esquibel, Tony Martinez and Eddy Salas, Petitioners,**

**v.**

**Ramon ANAYA, Sheriff of the County of Eddy, New Mexico, and Honorable Caswell S. Neal, Juvenile Judge, Eddy County, New Mexico, Respondents.**

**No. 8465.**

Supreme Court of New Mexico.

July 19, 1967.

CHAVEZ, Chief Justice, and MOISE, COMPTON and CARMODY, Justices, concurring; NOBLE, Justice, being absent and not participating.

Ordered that the above entitled cause be and the same is hereby dismissed.

Further ordered that the writ of habeas corpus issued out of this Court on June 30, 1967 in the above entitled cause, be and the same is hereby quashed.